IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00581-REB-MJW

LESLIE TURNER,

    Plaintiff,

v.

ER SOLUTIONS, INC, a Washington corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#21] filed July 16, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#21] filed July 16, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for May 15, 2009, is **VACATED**;

3. That the jury trial set to commence June 1, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 16, 2008, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    s/ Robert E. Blackburn
                                                    **Robert E. Blackburn**
                                                    **United States District Judge**